FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORGE NAJERA,<br><br>    Petitioner,<br><br>v.<br><br>M. McDONALD,<br><br>    Respondent. | Case No. SACV 10-00703 AHM (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection thereto, *de novo*.

IT IS ORDERED that:

1. The Objection is overruled and the R&R is approved and adopted. In his Objection, Petitioner reiterates his attempt to retry his case by characterizing the evidence in the light most favorable to the defense and arguing that a different inference should be drawn from it. But, as already discussed in the R&R, a reviewing court may not second-guess decisions the jury made in the course of determining the credibility of witnesses, resolving conflicts in the testimony, weighing the evidence, and drawing reasonable inferences from proven facts. *Jackson\ v. Virginia*, 443 U.S. 307, 319, 99 S. Ct. 1068 (1979); *Schell v. Witek*, 218 F.3d 1017, 1023 (9th Cir. 2000). In light of the other evidence presented, the fact that the victim received two fatal chest

wounds - whether or not any eyewitness saw those specific wounds inflicted - was sufficient for a rational trier of fact to find the premeditation and deliberation necessary for a first-degree murder conviction. *See People v. Gonzalez*, 126 Cal. App. 4th 1539, 1552, 25 Cal. Rptr. 3d 124 (Cal. Ct. App. 2005) (a factor indicating a killing is premeditated and deliberate is the existence of wounds in the area of the chest and heart).

2.  Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.  All other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated:   3/3/11

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE