JS-6 / ENTERED

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORGE NAJERA,<br><br>    Petitioner,<br><br>    v.<br><br>M. McDONALD,<br><br>    Respondent. | Case No. SACV 10-00703 AHM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in related Order and the Magistrate Judge's Report and Recommendation.

Dated: 3/3/11

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY